Rosario A. FIORANI, JR.,
Plaintiff—Appellant,

v.

1ST ADVANTAGE FEDERAL CREDIT
UNION; Elizabeth Gavin,
Defendants—Appellees,

and

Melanie Doe; Repo Trans Net Towing;
Kathy Doe, Defendants.

No. 09–1214.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 5, 2009.

Rosario A. Fiorani, Jr., Appellant Pro
Se. Joseph Franklin Verser, Jones,
Blechman, Woltz & Kelly, PC, Newport
News, Virginia, for Appellees.

Before WILKINSON, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

*Unpublished opinions are not binding precedent in this circuit.*

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order granting Defendants' motion to dismiss Fiorani's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fiorani v. 1st Advantage Fed. Credit Union,* No. 4:08–cv–00109–RAJ–TEM (E.D. Va. filed Feb. 5, 2009; entered Feb. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*